AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 3 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00118-MCE   Document 107   Filed 07/31/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 2:11-cr-00118-MCE-2 |
| JUAN OSCAR MARTINEZ-ARIAS | ) | |
| | ) | USM No: 65797-097 |
| Date of Original Judgment: 11/01/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah Labaree, AFD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____96 months_____ months **is reduced to** _____87 months_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____11/09/2012_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _____07/29/2015_____

_____
*Judge's signature*

Effective Date: 11/01/2015

MORRISON C. ENGLAND
CHIEF UNITED STATES DISTRICT JUDGE

*(if different from order date)*                    *Printed name and title*